John P. Handshaw, Appellant, *v.* Ethelbert L. Arthur et al., as Administrators of John S. Arthur, Deceased, Respondents.

*Handshaw* v. *Arthur*, 9 App. Div. 175, affirmed.
(Submitted January 31, 1900; decided February 16, 1900.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 26, 1896, reversing a judgment of the Suffolk County Court in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial and dismissing the complaint.

*Livingston Smith* for appellant.

*Ackerly & Miles* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not voting: PARKER, Ch. J. Not sitting: CULLEN, J.